UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**Linda Hoekman**, et al.,

    Plaintiffs,

v.

**Education Minnesota**, et al.,

    Defendants.

Case No. 0:18-cv-01686-SRN-SER

### PLAINTIFFS' UNOPPOSED MOTION TO FILE CORRECTED SUPPLEMENTAL BRIEF REGARDING THE CONTINUED SEALING OF DOCKET ENTRIES 95-1, 111-1, 111-2, AND 111-3

On February 18, 2020, the plaintiffs filed their supplemental brief regarding the continued sealing of docket entries 95-1, 111-1, 111-2, and 111-3, in accordance with this Court's order of February 5, 2020.

The brief that the plaintiffs submitted yesterday, however, describes the retainer agreements and litigation-financing agreements as if they are currently under an "attorneys' eyes only" designation. Although those documents were initially designated as "attorneys' eyes only," that designation was changed to "confidential" in this Court's orders of August 22, 2019 (ECF No. 84), and September 10, 2019 (ECF No. 89). The plaintiffs respectfully move to submit a corrected supplemental brief that accurately describes the current "confidential" designation of these documents.

The defendants have also asked us to clarify that the Macpherson report was initially designated confidential by the defendants—and not the plaintiffs—because the report mentioned the Rule 30(b)(6) deposition that union wished to keep confidential. We have added language to the proposed corrected brief that makes clear that the initial confidential designation was made at the defendants' and not the plaintiffs' behest.

A copy of the proposed corrected brief is attached to this motion, with all edits appearing in redline. We have conferred with the defendants and they are unopposed to this motion.

Respectfully submitted.

|  |  |
|---|---|
| Talcott J. Franklin* <br> Texas Bar No. 24010629 <br> Talcott Franklin PC <br> 1920 McKinney Avenue 7th Floor <br> Dallas, Texas 75201 <br> (214) 736-8730 (phone) <br> (800) 727-0659 (fax) <br> tal@talcottfranklin.com | /s/ Jonathan F. Mitchell <br> Jonathan F. Mitchell* <br> Texas Bar No. 24075463 <br> Mitchell Law PLLC <br> 111 Congress Avenue, Suite 400 <br> Austin, Texas 78701 <br> (512) 686-3940 (phone) <br> (512) 686-3941 (fax) <br> jonathan@mitchell.law |
| Douglas P. Seaton <br> Minnesota Bar No. 127759 <br> Upper Midwest Law Center <br> 8421 Wayzata Boulevard <br> Golden Valley, Minnesota 55426 <br> (612) 428-7001 <br> doug.seaton@umwlc.org | James V. F. Dickey <br> Minnesota Bar No. 393613 <br> Hellmuth & Johnson <br> 8050 West 78th Street <br> Edina, Minnesota 55439 <br> (952) 941-4005 (phone) <br> (952) 941-2337 (fax) <br> jdickey@hjlawfirm.com |
| * admitted *pro hac vice* <br><br> Dated: February 20, 2020 | *Counsel for Plaintiffs and the Proposed Classes* |

## MEET-AND-CONFER STATEMENT

I certify that I conferred with Amanda Lynch, counsel for the defendants, and she informed me that the defendants are unopposed to this motion.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs and
the Proposed Classes*

# CERTIFICATE OF SERVICE

I certify that on February 20, 2020, I served this document through CM/ECF upon:

Scott Kronland
Patrick C. Pitts
Altshuler Berzon LLP
177 Post Street
Suite 300
San Francisco, California 94108
(415) 421-7151
skronland@altshulerberzon.com
cpitts@altshulerberzon.com

Meg Luger-Nikolai
Cedrick Frazier
David Aron
Education Minnesota
41 Sherburne Avenue
St. Paul, Minnesota 55103
(651) 227-9541
(651) 292-4824
(651) 292-4819
meg.luger@edmn.org
cedrick.frazier@edmn.org
david.aron@edmn.org

*Counsel for the Union Defendants*

                                         /s/ Jonathan F. Mitchell
                                        Jonathan F. Mitchell
                                        *Counsel for Plaintiffs and*
                                        *the Proposed Classes*