UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**Linda Hoekman**, et al.,

    Plaintiffs,

v.

**Education Minnesota**, et al.,

    Defendants.

Case No. 0:18-cv-01686-SRN-SER

# [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE CORRECTED BRIEF

The plaintiffs' unopposed motion to file a corrected supplemental brief regarding the continued sealing of docket entries 95-1, 111-1, 111-2, and 111-3 is granted. The plaintiffs shall file their corrected supplemental brief on the Court's CM/ECF system by _____.

Dated: _____

_____
ELIZABETH COWAN WRIGHT
UNITED STATES MAGISTRATE JUDGE