# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Linda Hoekman, Mary Dee Buros, Paul Hanson,<br><br>Plaintiffs,<br><br>v.<br><br>Education Minnesota, Anoka Hennepin Education Minnesota, National Education Association, American Federation of Teachers, Shakopee Education Association,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 18-cv-1686 SRN/ECW |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Hoekman Plaintiffs' Motion for Summary Judgment [18-cv-01686, Doc. No. 145] is **DENIED**;

2. The Education Minnesota Defendants' Cross-Motion for Summary Judgment [18-cv-01686, Doc. No. 160] is **GRANTED**;

3. Plaintiff Piekarski's Motion for Summary Judgment [18-cv-02384, Doc. No. 99] is **DENIED**; and

4. The AFSCME Defendants' Cross-Motion for Summary Judgment [18-cv-02384,

Doc. No. 106] is **GRANTED**.

Date: 2/16/2021                                                                                           KATE M. FOGARTY, CLERK