UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Linda Hoekman, Mary Dee Buros,
Paul Hanson,

Plaintiffs,

-vs-                                                                18-cv-1686 SRN/ECW

Education Minnesota, Anoka Hennepin
Education Minnesota, National Education
Association, American Federation of Teachers,
Shakopee Education Association,

Defendants.

## COST JUDGMENT

The costs of the Defendants, Education Minnesota, Anoka Hennepin Education Minnesota, National Education Association, American Federation of Teachers and Shakopee Education Association, have been taxed and allowed by the Clerk of this Court against the Plaintiffs, Linda Hoekman, Mary Dee Buros and Paul Hanson, as follows:

|  | **Claimed** | **Allowed** |
|---|---|---|
| Fees for Transcripts | $4,827.82 | $4,827.82 |
| Total | $4,827.82 | $4,827.82 |

Costs, therefore, are taxed against Plaintiffs, Linda Hoekman, Mary Dee Buros and Paul Hanson, in the amount of $4,827.82 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 7 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on May 21, 2021.

KATE M. FOGARTY, CLERK

By: s/ M. Vicklund

M. Vicklund
Deputy Clerk