# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Linda Hoekman, Mary Dee Buros, and Paul Hanson,<br><br>                    Plaintiff(s),<br><br>v.<br><br><br>Education Minnesota, Anoka Hennepin Education Minnesota, National Education Association, American Federation of Teachers, and Shakopee Education Association,<br><br>                    Defendant(s), | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case Number:   18-cv-01686-SRN-ECW |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiffs' Motions for Review of Taxation of Costs [18-cv-01686, Doc. No. 195; 18-cv-02384, Doc. No. 132] are **DENIED**, and the Cost Judgments [18-cv-01686, Doc. No. 193; 18-cv-02384, Doc. No. 131] entered in these matters are **AFFIRMED**.

Date: 6/28/2021                                                                              KATE M. FOGARTY, CLERK